CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 12 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL W. MILLER, NO. 333568,<br>    Petitioner, | Civil Action No. 7:06-cv-00611 |
| v. | **FINAL ORDER** |
| GENE M. JOHNSON,<br>    Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that respondent's motion to dismiss is **GRANTED**. This action shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court. Any pending motions are **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 12th day of June, 2007.

/s/ Glen E. Conrad
United States District Judge