CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MICHAEL W. MILLER, | ) |
| | ) Case No. 7:06CV00611 |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| | ) By: Hon. Glen E. Conrad |
| GENE JOHNSON, DIRECTOR, | ) Chief United States District Judge |
| | ) |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Petitioner's motions (DE 41) are **DENIED** to the extent that they seek relief from any judgment, pursuant to Fed. R. Civ. P. 60(b);

2. The three motions, jointly, are hereby **CONSTRUED** as petitions for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254; and

3. The clerk is **DIRECTED** to docket the three motions, jointly, as a new petition for a writ of habeas corpus, pursuant to § 2254. By separate order in that new action, the court will dismiss the petition as successive, pursuant to 28 U.S.C. § 2244(b).

The clerk shall send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 27th day of September, 2010.

_____
Chief United States District Judge